JS-6

1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA
10

11  JOHNNY THEODORE ORSINGER,           Case No. 5:22-cv-01417-FLA (PD)

12              Plaintiff,              **JUDGMENT**

13        v.

14  MR. HAMMED,

15              Defendant.

16

17

18        Pursuant to the Order Dismissing Action for Failure to Prosecute,

19  JUDGMENT IS HEREBY ENTERED dismissing the action without prejudice.

20

21  Dated: April 5, 2023

22                              _____
                                FERNANDO L. AENLLE-ROCHA
23                              United States District Judge

24
25
26
27
28